In the Matter of the Petition of SUSAN M. HOLMES et al., Respondents, for the Appointment of a Trustee of the Trust Created by the Will of FANNY HEARSEY, Deceased ; C. JULIA RODGER et al., Administrators of WILLIAM C. RODGER, Deceased, Trustee, Appellants.

*Matter of Holmes*, 37 App. Div. 15, affirmed.
(Argued April 17, 1899; decided May 2, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 24, 1899, affirming an order of Special Term directing the payment of a sum of money to a trustee.

*W. S. Andrews* for appellants.

*A. E. Fitch* for respondents.

Order affirmed, with costs, on opinion below.
All concur.